## THIRD DEPARTMENT, NOVEMBER TERM, 1884.

George F. Vietor and others v. Moses Henlein.— Motion for reargument granted.

Otto Heinze v. Moses Henlein. — Motion for reargument granted.

Ann McAdowery, Appellant, v. Margaret McKenna, Respondent. — To be re-submitted.

Maria A. Witthaus v. Frederick C. C. Schack.— Motion denied. Opinion by Daniels, J.

In the Matter of the New York Elevated Railway Company. — Ordered, that the report of the Commissioners in this matter be sent back to such Commissioners with directions to make a further report setting forth what they have considered to be easements, for which they have allowed damages in and by their report, and what damages they have allowed and awarded for such easements respectively.

In the Matter of the New York Elevated Railway Company. — Referred to S. P. Nash, Esq., to take proof relating to the issue created by the answer of the respondent, and to report the same to this court with a statement of the facts he regards as having been established, with his opinion thereon.

Catharine Zapp, Respondent, v. Charles J. Miller, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Antonio Del Pino, Respondent, v. Ozias Hermann, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

## FIRST DEPARTMENT, NOVEMBER, 1884.

Thomas J. Hayes, as Assignee, etc., Appellant, v. Alexander V. Davidson, Sheriff, etc., Respondent. — Order from which the appeal has been taken reversed, with ten dollars costs and disbursements and the motion made denied. Opinion by Daniels, J.; Davis, P. J., concurred; Brady, J., dissented.

The People of the State of New York ex rel. The Mayor, etc., of the City of New York v. John Kelly. Allen Campbell and Daniel Lord, Jr.— Writ dismissed and the decision of the assessment commissioners, in the case of Julia Douglas, affirmed. Opinion by Brady, J.; Davis, P. J., concurred.

## THIRD DEPARTMENT, NOVEMBER, 1884.

Winthrop W. Gilman and others, Appellants, v. Benjamin Case, Acting Supervisor, etc., and others, Respondents. — Order affirmed as to Case's claim, reversed as to Campbell's, to be settled by Bockes, J.

Amasa R. Moore, Appellant, v. John M. Francis and others, Respondents. — Order affirmed, with costs. Learned, P. J., not acting.

Hattie J. Hawley v. Arthur H. Hawley. — Decree affirmed, with costs against appellant. Opinion by Learned, P. J.

The People of the State of New York, Respondents, v. George Eckert, Appellant.—Judgment and conviction reversed and new trial granted. Opinion by Bockes, J.

Susan A. Wheeler, as Administratrix, etc., Respondent, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Margaret Parker, as Administratrix, etc., Respondent, v. The Ulster and Delaware Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

Eliza Bailey, as Administratrix, etc., Respondent, v. The Boston, Hoosac Tunnel and Western Railway Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.; Landon, J., not acting.

Walter Jennery, Respondent, v. Aaron B. Olmstead and William H. Clement, Appellants.—Reargument ordered. Landon, J., not acting.

John Barrons, Respondent, v. William McDougall, Appellant.—Judgment and order affirmed, with costs. Opinion by Bockes, J.

James Mingay and others, Appellants, v. The Holly Manufacturing Company, Respondent.—Order reversed, with ten dollars costs and printing disbursements, and motion denied, without prejudice to renewal. Opinion by Landon, J.

Catharine J. Wise, Respondent, v. The Liverpool and London and Globe Insurance Company, Appellant.

Catharine J. Wise, Respondent, v. The New York Bowery Fire Insurance Company, Appellant. — Judgments affirmed, with costs. Mem. by Bockes, J.

Hollis Russell, Respondent, v. Catherine A. Brownell, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Maria Arrex, Appellant, v. James H. Van Demark and Andries L. Brodhead, Respondents. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Jeannette Corse, Respondent, v. Joshua S. Peck and Nathan Peck, Appellants.—Judgment and order affirmed, with costs. Opinion by Bockes, J. Mem. by Learned, P. J., dissenting.

Lucius Lawson, Respondent, v. The Town of Woodstock, Appellant.—Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J. Mem. by Learned, P. J., dissenting.

Paul Cushman, as Trustee, etc., Respondent, v. Charles E. Leland, as such Trustee, etc., and individually, Respondent. Mary Ann Trimble and others, Appellants.—Judgment affirmed, with costs. Opinion by Landon, J.

The People of the State of New York, Respondent, v. Frank R. Sherwin, Appellant (three cases).—Judgment and conviction affirmed. Order allowing bill of exceptions affirmed. Motion to strike out bill of exceptions denied. Form of order to be settled by Bockes, J. Opinions by Bockes, J.; Learned, P. J., and Landon, J., concurring as to affirmance of judgment and conviction.

John A. Lee, Respondent, v. James M. Whallon, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and printing disbursements. Opinions by Bockes, J. and Learned, P. J.; Landon, J., not acting.

Samuel Bigelow as Executor, etc., Appellant, v. Elisha P. Abbott and others, Respondents. — Decree reversed and issue to be tried by a jury, etc. Costs of appeal to be allowed appellant out of the fund. Issues and order to be settled by Landon, J. Opinion by Landon, J.

Margaret Moore, Executrix, etc., and another, Plaintiffs, v. The City of Albany, Defendant. —Judgment ordered for defendant. Opinion by Learned, P. J.; Bockes, J., dissenting in opinion that plaintiff recover $690.73 and interest.

In the Matter of Rebuilding the Bridge Across the Shawangunk Kill, between the Towns of Crawford and Shawangunk, on Hardenbergh's Road. — Order reversed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

Horace Hamell, Administrator, etc., Respond-